**FILED**
Oct 11 2009
OCT 1 1 2009
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DAVID C. HEADLEY,
    also known as "Daood Gilani"

CASE NUMBER:

UNDER SEAL     09 CR 830 -1

## GOVERNMENT'S NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby provides notice to defendant DAVID C. HEADLEY and to the Court, that pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), that the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By:     _[signature]_
Daniel J. Collins
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-3482

DATE: October 11, 2009