UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DAVID C. HEADLEY,
    also known as "Daood Gilani"

CASE NUMBER: 09 CR 830

**UNDER SEAL**

## ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to unseal the Complaint and Affidavit,

IT IS HEREBY ORDERED THAT the Complaint and Affidavit be unsealed.

ENTER:

_____
ARLANDER KEYS
United States Magistrate Judge

DATE: October 27, 2009