UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 09 CR 830 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. HEADLEY | ) | Magistrate Judge Arlander Keys |

### AGREED ORDER

Having been advised by the parties that defendant DAVID C. HEADLEY has executed a written waiver of his right to a preliminary hearing, and a detention hearing without prejudice to raising his detention pending trial at a future date, as well as any right to appear in open court for the purpose of waiving such rights; and the parties having agreed to move the Court to strike the December 4, 2009, hearing date, it is hereby ordered that the hearing date of December 4, 2009, is hereby stricken.

_____
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

Dated: December 3, 2009