

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Dec 9, 2009
DEC 9 2009
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 09 CR 830 |
| | ) |
| DAVID COLEMAN HEADLEY | ) Violations: Title 18, United |
| a/k/a "Daood Gilani," | ) States Code, Sections 956, 2332, 2332f, |
| | ) 2339A, and 2339B |

## WAIVER OF INDICTMENT

I, David Coleman Headley, the above named defendant, who is accused of violations of Title 18, United States Code, Sections 956, 2332, 2332f, 2339A, and 2339B; knowingly being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on December 9, 2009, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DAVID COLEMAN HEADLEY

_____
Robert Seeder, Federal Defender Program
Counsel for Defendant

_____
John Theis
Counsel for Defendant

Before _____
Judge Leinenweber