UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
1-12-10
JAN 1 2 2010



| | |
|---|---|
| UNITED STATES OF AMERICA | ) **UNDER SEAL** JUDGE HARRY D. LEINENWEBER U.S. DISTRICT COURT JUDGE |
| | ) |
| | ) No. 09 CR 830 |
| v. | ) |
| | ) Judge Harry D. Leinenweber  **RECEIVED** JAN 12 2010 |
| ILYAS KASHMIRI, | ) |
| ABDUR REHMAN HASHIM SYED, | ) JUDGE HARRY D. LEINENWEBER |
| a/k/a "Major Abdur Rehman," | ) U.S. DISTRICT COURT JUDGE |
| a/k/a "Pasha," | ) |
| DAVID COLEMAN HEADLEY | ) Violations: Title 18, United |
| a/k/a "Daood Gilani," | ) States Code, Sections 956(a)(1), |
| TAHAWWUR RANA | ) 2332(a)(1) and (2); 2332f(a)(2), |
| | ) 2339A, 2339B and 2. |

### GOVERNMENT'S *EX PARTE* MOTION TO REORDER DEFENDANTS IN THE SUPERSEDING INDICTMENT

The United States of America, by and through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Honorable Court for an order directing the Clerk of Court, United States District Court for the Northern District of Illinois, to allow the filing of the superseding indictment in this matter, with the defendants of that superseding indictment ordered in a different sequence than in the Information previously filed in this case. In support of this motion, the government states as follows:

1. On December 7, 2009, an information was filed against defendant David Headley charging him with conspiracy to bomb places of public use in India, conspiracy to commit murder and maiming in India, murder, material support of a terrorist act in India, conspiracy to commit murder and maiming in Denmark, material support of a terrorist act in

Denmark and material support of a designated foreign terrorist organization. That information was case number 09 CR 830.

2. On January 14, 2009, the government expects to ask the grand jury to return a superseding indictment, adding three additional defendant to 09 CR 830. Two of these new defendants have been charged by complaint – Rana was charged in 09 CR 849, and has been arrested; Abdur Rehman Hashim Syed was charged in 09 CR 862 and has not been arrested. The complaint and arrest warrant in 09 CR 862 remains under seal. The third defendant, Ilyas Kashmiri, has not yet been charged.

3. The government understands that the Clerk of Court, United States District Court for the Northern District of Illinois, requires that counts charged and defendants named in an superseding indictment maintain an order consistent with the dates upon which the earliest criminal complaints were filed. Given the hierarchy of the newly indicted defendants, however, the government seeks authorization from this Court to have the defendants reordered.

4. The government requests that this Motion and the Court's Order be kept under seal until the superseding indictment is accepted by the Clerk of Court for filing.

WHEREFORE, the government respectfully requests the entry of an order directing the Clerk of Court, United States District Court for the Northern District of Illinois, to accept for filing the superseding indictment, with the defendants reordered.

Respectfully submitted,

PATRICK J. FITZGERLAD
United States Attorney

By: _Daniel Collins_

Daniel J. Collins
Victoria J. Peters
Assistant U.S. Attorneys