Case: 1:09-cr-00830 Document #: 33 Filed: 01/14/10 Page 1 of 1 PageID #:126

**09 CR 0830**

**JUDGE LEINENWEBER**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS     MAGISTRATE JUDGE KEYS
## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?     **YES**     If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **US v. Davie Headley also known as "Daood Gilani" ;  09 CR 830;   Judge Arlander Keys**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **YES**    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2): **US v. Davie Headley also known as "Daood Gilani"**
   **09 CR 830;   Judge Leinenweber**

3) Is this a re-filing of a previously dismissed indictment or information?                                                     **NO**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO**          If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?                          **NO**

6) What level of offense is this indictment or information?                          **FELONY**

7) **Does this indictment or information involve eight or more defendants?**                          **NO**

8) Does this indictment or information include a conspiracy count?                          **YES**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| X Homicide ............. (II) | ☐ Income Tax Fraud ....... (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ..................(II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery ............ (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws ....... (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ....... (IV) |
| ☐ Assault ................ (III) | ☐ Forgery ................ (III) | ☐ Motor Carrier Act ........ (IV) |
| ☐ Burglary ................ (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ..... (IV) |
| ☐ Larceny and Theft  (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail .......... (III) |
| ☐ Postal Embezzlement...... (IV) | ☐ DAPCA Marijuana ...... (III) | ☐ Other Federal Statutes .... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information. **Violations: Title 18, United States Code, Sections 956(a)(1), 2332(a)(1) and (2), 2332f(a)(2),  2339A,  2339B and 2**

_Daniel J. Collins_ (signature)

Assistant United States Attorney

DANIEL J. Collins