

JUDGE LEINENWEBER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**RECEIVED**

APR 2 0 2011

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) **UNDER SEAL** | |
| | ) | |
| | ) No. 09 CR 830 | |
| v. | ) | |
| | ) Judge Harry D. Leinenweber | |
| ILYAS KASHMIRI, | ) | |
| ABDUR REHMAN HASHIM SYED, | ) | |
| a/k/a "Major Abdur Rehman," | ) | |
| a/k/a "Pasha," | ) | |
| SAJID MIR, | ) Violations: Title 18, United | |
| a/k/a "Wasi," | ) States Code, Sections 956(a)(1), | |
| a/k/a "Ibrahim," | ) 2332(a)(1) and (2), 2332f(a)(2), | |
| a/k/a "Sajid Majeed," | ) 2339A, 2339B and 2. | |
| ABU QAHAFA, | ) | |
| MAZHAR IQBAL, | ) | |
| a/k/a ABU AL QAMA, | ) | |
| FNU LNU, | ) | |
| a/k/a MAJOR IQBAL, and | ) | |
| TAHAWWUR HUSSAIN RANA | ) | |

MAGISTRATE JUDGE KEYS

**FILED**

APR 2 0 2011
4-20-11
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT C⁓

ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD,

United States Attorney for the Northern District of Illinois, having moved this Court for the

entry of an order directing the Clerk of Court, United States District Court for the Northern

District of Illinois, to accept for filing the superseding indictment, with the defendants

reordered, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT the Clerk of Court, United States District Court for the Northern District of Illinois, accept for filing the superseding indictment with the defendants reordered as set forth in the superseding indictment, and that the government's motion and this Order be sealed until the superseding indictment is accepted by the Clerk of Court.

ENTER:

HONORABLE HARRY D. LEINENWEBER
United States District Court

Dated: April 20, 2011