# EXHIBIT A

# Attacks in Mumbai on 26/11/08

**Category wise list of death persons**

## Category - POLICE

| Sr. No. | Name | Sex | Nationality | Category | ADR No. | Police Stn | Place of Incidence | Whether Body Claimed | Hospital |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mr Karkare Hemant | Male | Indian | Police | 117/08 | Azad Maidan | Cama Hospital lane Corporation Bank | Yes | J.J. |
| 2 | Mr Kamatne Ashok | Male | Indian | Police | 118/08 | Azad Maidan | Cama Hospital lane Corporation Bank | Yes | J.J |
| 3 | Mr Salaskar Vijay | Male | Indian | Police | 121/08 | Azad Maidan | Cama Hospital lane Corporation Bank | Yes | G.T |
| 4 | Mr Shinde Shashank | Male | Indian | Police (Rly) | 171/08 | CST Railway | CST Station | Yes | J.J |
| 5 | Mr More Prakash | Male | Indian | Police | 124/08 | Azad Maidan | Cama Hospital Compound | Yes | G.T |
| 6 | Mr Dhurgude Bapusaheb | Male | Indian | Police | 129/08 | Azad Maidan | Near Cama Hospital | Yes | J.J |
| 7 | Mr Bhosale Nanasaheb | Male | Indian | Police | 126/08 | Azad Maidan | Cama Hospital lane Corporation Bank | Yes | St. George |
| 8 | Mr Ombale Tukaram | Male | Indian | Police | 64/08 | D.B. Marg | Binoji Chowpatty | Yes | J.J |
| 9 | Mr Chitte Arun | Male | Indian | Police | 122/08 | Azad Maidan | Metro Junction | Yes | G.T |
| 10 | Mr Khandekar Vijay | Male | Indian | Police | 123/08 | Azad Maidan | Cama Hospital Compound | Yes | G.T |
| 11 | Mr Patil Yogesh | Male | Indian | Police | 128/08 | Azad Maidan | Cama Hospital lane Corporation Bank | Yes | St. George |
| 12 | Mr Patil Jaywant | Male | Indian | Police | 127/08 | Azad Maidan | Cama Hospital lane Corporation Bank | Yes | St. George |
| 13 | Mr Pawar Ambadas Ramchandra | Male | Indian | Police | 190/08 | CST Railway | CST Station | Yes | J.J |
| 14 | Mr Chaudhari Murlidhar Laxman | Male | Indian | Police(RPF) | 169/08 | CST Railway | CST Station | Yes | J.J |
| 15 | Mr Unnikrushanan Sandeep | Male | Indian | NSG | 101/08 | Colaba | Taj | Yes | J.J. |
| 16 | Mr Gajendra Singh | Male | Indian | NSG | 80/08 | Colaba | Nariman House | Yes | J.J. |
| 17 | Mr Shinde Rahul | Male | Indian | SRPF | 75/08 | Colaba | Taj | Yes | J.J |
| 18 | Mr Jadhav Mukesh Bhikaji | Male | Indian | Home Guard | 178/08 | CST Railway | CST Station | Yes | J.J |

# Category - PUBLIC

| Sr. No. | Name | Sex | Nationality | Category | ADR No. | Police Stn | Place of Incidence | Whether Body Clamed | Hospital |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Ms. Jasmin Kaur Burji | Female | Indian | Public | 80/08 | Marin Drive | Oberoi Hotel | Yes | G.T. |
| 20 | Mr. Surve Sanjay Sambhajirao | Male | Indian | Public | 81/08 | Marin Drive | Oberoi Hotel | Yes | G.T. |
| 21 | Mr. Gopalkrushna P. K. | Male | Indian | Public | 102/08 | Colaba | Leopold Hotel | Yes | G.T. |
| 22 | Mr. Ughade Baban | Male | Indian | Public | 119/08 | Azad Maidan | Cama Hospital Compound | Yes | J.J. |
| 23 | Mr. Narkar Bhanudev | Male | Indian | Public | 120/08 | Azad Maidan | Cama Hospital Compound | Yes | G.T. |
| 24 | Mr. Shinde Bhagwan gangaram | Male | Indian | Public | 131/08 | Azad Maidan | Cama Hospital Compound | Yes | G.T. |
| 25 | Mr. Thakur Budhasingh Waghela | Male | Indian | Public | 125/08 | Azad Maidan | Cama Hospital | Yes | G.T. |
| 26 | Ms. Shaikh Jharina | Female | Indian | Public | 93/08 | Byculla | Mazgaon | Yes | J.J. |
| 27 | Mr. Kishorband Fulchand Shriram Been | Male | Indian | Public | 94/08 | Byculla | Mazgaon | Yes | J.J. |
| 28 | Ms. Shaikh Reema | Female | Indian | Public | 95/08 | Byculla | Mazgaon | Yes | J.J. |
| 29 | Mr. Eklak Ahemad Mushtak | Male | Indian | Public | 76/08 | Colaba | Taj | Yes | J.J. |
| 30 | Mr. Kang Udaysingh | Male | Indian | Public | 96/08 | Colaba | Taj | Yes | J.J. |
| 31 | Ms. Kang Neetisingh Karamveer | Female | Indian | Public | 94/08 | Colaba | Taj | Yes | J.J. |
| 32 | Mr. Kang Samar karamveersingh | Male | Indian | Public | 95/08 | Colaba | Taj | Yes | J.J. |
| 33 | Mr. Saraswat Raju | Male | Indian | Public | 100/08 | Colaba | Taj | Yes | J.J. |
| 34 | Mr. Rehmatulla Shaukat Ali | Male | Indian | Public | 69/08 | Colaba | Taj | Yes | St. George |
| 35 | Mr. Randhwa Rupindar | Male | Indian | Public | 73/08 | Colaba | Taj | Yes | J.J. |
| 36 | Mr. Jatin Matin | Male | Indian | Public | 58/08 | Colaba | Taj | Yes | St. George |
| 37 | Mr. Khan Shahabuddin Shamshuddin | Male | Indian | Public | 55/08 | Colaba | Leopold Hotel | Yes | St. George |
| 38 | Mr. Goyal Harishbhai | Male | Indian | Public | 56/08 | Colaba | Leopold Hotel | Yes | St. George |
| 39 | Mr. Waghela Subhash Manma | Male | Indian | Public | 53/08 | Colaba | Cama Hospital lane | Yes | J.J. |
| 40 | Mr. Harharwala Meherabi | Male | Indian | Public | 51/08 | Colaba | Nariman House | Yes | J.J. |
| 41 | Mr. Harharwala Salim | Male | Indian | Public | 52/08 | Colaba | Nariman House | Yes | J.J. |
| 42 | Mr. Shaikh Pirpasha Mahboob | Male | Indian | Public | 54/08 | Colaba | Leopold Hotel | Yes | J.J. |
| 43 | Mr. Jain Gaurav Balchand | Male | Indian | Public | 60/08 | Colaba | Leopold Hotel | Yes | St. George |
| 44 | Mr. Banerji Mapesh Manvendra | Male | Indian | Public | 59/08 | Colaba | Leopold Hotel | Yes | St. George |
| 45 | Mr. Vergis Thomas | Male | Indian | Public | 66/08 | Colaba | Taj | Yes | St. George |
| 46 | Mr. Patil Sadanand | Male | Indian | Public | 65/08 | Colaba | Taj | Yes | St. George |
| 47 | Mr. Kajad Naushir Kamauddin | Male | Indian | Public | 71/08 | Colaba | Taj | Yes | J.J. |
| 48 | Mr. Shaikh Maksood Tabarakali | Male | Indian | Public | 77/08 | Colaba | Taj | Yes | J.J. |
| 49 | Mr. Khan Firoz Jamir Ahmed | Male | Indian | Public | 81/08 | Colaba | Taj | Yes | J.J. |
| 50 | Ms. Saikiya Sabina Sehgal | Female | Indian | Public | 98/08 | Colaba | Taj | Yes | J.J. |
| 51 | Mr. Iyauli Kazi | Male | Indian | Public | 57/08 | Colaba | Taj | Yes | |
| 52 | Mr. Rego Marin | Male | Indian | Public | 68/08 | Colaba | Taj | Yes | St. George |
| 53 | Mr. Banja Vijayrao Anantrao | Male | Indian | Public | 64/08 | Colaba | Taj | Yes | St. George |
| 54 | Mr. Narang Gunjan | Male | Indian | Public | 62/08 | Colaba | Taj | Yes | St. George |
| 55 | Mr. Narang Vishwanathdas | Male | Indian | Public | 63/08 | Colaba | Taj | Yes | St. George |
| 56 | Ms. Narang Neelam | Female | Indian | Public | 72/08 | Colaba | Taj | Yes | Nair |
| 57 | Mr. Sharma Nitesh | Male | Indian | Public | 221/08 | CST Railway | CST Station | Yes | J.J. |
| 58 | Mr. Dalal Ezajbhai Ismail | Male | Indian | Public | 185/08 | CST Railway | CST Station | Yes | J.J. |
| 59 | Mr. Rahmatulla Ibrahim | Male | Indian | Public | 180/08 | CST Railway | CST Station | Yes | J.J. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 60 | Mr Sasmare Sitaram Vithoba | Male | Indian | Public | 179/08 | CST Railway | CST Station | Yes | J.J. |
| 61 | Mr Makwan Kamal Nanam Rai | Male | Indian | Public | 107/08 | Colaba | Leopold Hotel | Yes | J.J. (Transferred to Colaba P. Stn.) |
| 62 | Ms Chattaj Meera Narayan | Female | Indian | Public | 169/08 | CST Railway | CST Station | Yes | J.J. |
| 63 | Mr Sharma Sushilkumar | Male | Indian | Public | 186/08 | CST Railway | CST Station | Yes | Nair |
| 64 | Ms Solankhi Archana Ajay | Female | Indian | Public | 196/08 | CST Railway | CST Station | Yes | Nair |
| 65 | Mr Thakare Sunil | Male | Indian | Public | 183/08 | CST Railway | CST Station | Yes | Nair |
| 66 | Mr Gupta Vinod | Male | Indian | Public | 182/08 | CST Railway | CST Station | Yes | Nair |
| 67 | Mr Tandel Chandula | Male | Indian | Public | 207/08 | CST Railway | CST Station | Yes | Nair |
| 68 | Mr Mandal Prakash | Male | Indian | Public | 193/08 | CST Railway | CST Station | Yes | Nair |
| 69 | Mr Ansari Mohd Hanif | Male | Indian | Public | 212/08 | CST Railway | CST Station | Yes | Nair |
| 70 | Mr Ansari Mu[illegible] Sallauddin | Male | Indian | Public | 210/08 | CST Railway | CST Station | Yes | Nair |
| 71 | Mr Mohd Anamat Ali | Male | Indian | Public | 199/08 | CST Railway | CST Station | Yes | Nair |
| 72 | Mr Rajendra Baburam | Male | Indian | Public | 211/08 | CST Railway | CST Station | Yes | Nair |
| 73 | Ms Asrani Mitu | Female | Indian | Public | 223/08 | CST Railway | CST Station | Yes | Sion |
| 74 | Ms Fatimal Rehamat Shaikh | Female | Indian | Public | 222/08 | CST Railway | CST Station | Yes | Sion |
| 75 | Unknown | Male | Indian | Public | 219/08 | CST Railway | CST Station | | Sion |
| 76 | Mr Shaikh Shoeb Ahmed | Male | Indian | Public | 172/08 | CST Railway | CST Station | Yes | St George |
| 77 | Mr Maurya Mishrila | Male | Indian | Public | 181/08 | CST Railway | CST Station | Yes | St George |
| 78 | Mr Yadav Akash Akhilesh | Male | Indian | Public | 177/08 | CST Railway | CST Station | Yes | St George |
| 79 | Mr Ansari Sarfaraz | Male | Indian | Public | 200/08 | CST Railway | CST Station | Yes | KEM |
| 80 | Mr Janardan Raju | Male | Indian | Public | 193/08 | CST Railway | CST Station | Yes | KEM |
| 81 | Ms Janardan Deepali | Female | Indian | Public | 192/08 | CST Railway | CST Station | Yes | KEM |
| 82 | Mr Yadav Aditya | Male | Indian | Public | 194/08 | CST Railway | CST Station | Yes | KEM |
| 83 | Mr Shaikh Hasiul Rehman | Male | Indian | Public | 195/08 | CST Railway | CST Station | Yes | KEM |
| 84 | Mr Mufti Narul Arsu | Male | Indian | Public | 218/08 | CST Railway | CST Station | Yes | KEM |
| 85 | Ms Shahabai Bapurao | Female | Indian | Public | 217/08 | CST Railway | CST Station | Yes | KEM |
| 86 | Mr Mufti Mohd Malik | Male | Indian | Public | 214/08 | CST Railway | CST Station | Yes | KEM |
| 87 | Ms Kureshi Afroz | Female | Indian | Public | 202/08 | CST Railway | CST Station | Yes | KEM |
| 88 | Mr Chun Shirish | Male | Indian | Public | 187/08 | CST Railway | CST Station | Yes | KEM |
| 89 | Ms Shaikh Amina Begam Hamid | Female | Indian | Public | 174/08 | CST Railway | CST Station | Yes | KEM |
| 90 | Mr Murugan | Male | Indian | Public | 215/08 | CST Railway | CST Station | Yes | KEM |
| 91 | Mr Qureshi Ayub Yakub | Male | Indian | Public | 201/08 | CST Railway | CST Station | Yes | KEM |
| 92 | Mr Shaikh Ashpar Ali Abo Rasne Shaikh | Male | Indian | Public | 175/08 | CST Railway | Vani [illegible] Rail CST | Yes | J.J. |
| 93 | Mr Ansari Abbas Rajab | Male | Indian | Public | 215/08 | CST Railway | Vani [illegible] CST | Yes | J.J. |
| 94 | Ms Ansari Rakhia Abbas | Female | Indian | Public | 220/08 | CST Railway | Vani [illegible] CST | Yes | J.J. |
| 95 | Mr Ansari Mohd Ilyas | Male | Indian | Public | 224/08 | CST Railway | Vani [illegible] CST | Yes | J.J. |
| 96 | Mr Qureshi Mastan Munaray | Male | Indian | Public | 225/08 | CST Railway | Vani [illegible] CST | | J.J. |
| 97 | Mr Prabhu Anish M V | Male | Indian | Public | 221/08 | CST Railway | Vani [illegible] CST | Yes | J.J. |
| 98 | Mr Yadav Upendra Bipu | Male | Indian | Public | 226/08 | CST Railway | Vani [illegible] CST | Yes | J.J. |
| 99 | Mr Ali Nanma Rampure | Male | Indian | Public | 178/08 | CST Railway | Vani [illegible] CST | Yes | St George |
| 100 | Mr Mehdi Hussain Mohd Alamgir Shaikh | Male | Indian | Public | 209/08 | CST Railway | CST Station | Yes | Sion |
| 101 | Mr Avardhan Pandit | Male | Indian | Public | 203/08 | CST Railway | CST Station | Yes | KEM |
| 102 | Mr Chhaptya Alit | Male | Indian | Public | 82/08 | Marine Drive | Oberoi Hotel | Yes | J.J. |
| 103 | Ms Gaikwad Neeta | Female | Indian | Public | 75/08 | Marine Drive | Oberoi Hotel | Yes | J.J. |
| 104 | Mr Bhosale Sarjerao Sadashiv | Male | Indian | Public | 79/08 | Marine Drive | Oberoi Hotel | Yes | |
| 105 | Mr Marbalk Wilson | Male | Indian | Public | 78/08 | Marine Drive | Oberoi Hotel | Yes | J.J. |
| 106 | Mr Whitanchandra Vyweb | Male | Indian | Public | 00/08 | [illegible] Marg | [illegible] | | [illegible] |
| 107 | Ms Thakur Amu Vijayshanora | Female | Indian | Public | 74/08 | Marine Drive | Oberoi Hotel | Yes | |
| 108 | Mr. Chamburkar Shankar | Male | Indian | Public | 00/08 | J.J. | Taj | | J.J. |
| 109 | Mr. Gosai Gautam | Male | Indian | Public | 00/08 | J.J. | Taj | | St. George |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 110 | Mr Martin Pawastrai | Male | Indian | Public | 79/08 | Colaba | Taj | Yes | St George |
| 111 | Mr Bhaiya @ Dinshaw Farukh | Male | Indian | Public | 48/08 | Marin Drive | Oberoi Hotel | Yes | J.J. |
| 112 | Mr Parekh Sunil | Male | Indian | Public | 51/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 113 | Ms Parekh Reshma | Female | Indian | Public | 52/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 114 | Ms Chhabriya Monika | Female | Indian | Public | 60/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 115 | Mr Agrawal Sanjay | Male | Indian | Public | 53/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 116 | Ms Agrawal Reeta | Female | Indian | Public | 57/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 117 | Mr Shah Pankaj | Male | Indian | Public | 65/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 118 | Ms Haren Harsha | Female | Indian | Public | 61/08 | Marin Drive | Oberoi Hotel | Yes | J.J. |
| 119 | Mr Hairan Mohit Kanhyalal | Male | Indian | Public | 55/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 120 | Ms Gaik Uma Vinod Rathi | Female | Indian | Public | 63/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 121 | Mr Ravi Das V | Male | Indian | Public | 62/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 122 | Mr Kapoor Ashok | Male | Indian | Public | 66/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 123 | Mr Bhat Anant Suryadatta | Male | Indian | Public | 67/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 124 | Mr Malu Rohinder Bai | Male | Indian | Public | 69/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 125 | Mr Patel Kanubhai Joharoha | Male | Indian | Public | 70/08 | Marin Drive | Oberoi Hotel | Yes | |
| 126 | Mr Jorden Fernandis | Male | Indian | Public | 75/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 127 | Mr Goyal Laxman Narayan | Male | Indian | Public | CR 464/08 | Vileparle | Vileparle | Yes | Cooper |
| 128 | Mr Mohd Ummar | Male | Indian | Public | CR 464/08 | Vileparle | Vileparle | Yes | Cooper |
| 129 | Mr Solanki Amarchandra Narayan | Male | Indian | Public | 6[illegible]/08 | D.B. Marg | From Kuber Boat | Yes | J.J |
| 130 | Mr Gupta Shivshankar | Male | Indian | Security Guard | 13[illegible]/08 | Azad Maidan | Cama Hospital Compound | Yes | G.T |
| 131 | Mr Surendra Kumar Sindhuran | Male | Indian | Public | 130/08 | Azad Maidan | Metro Junction | Yes | Bombay/ Nair |
| 132 | Mr Jaykumar Duraraj Nadar | Male | Indian | Public | 191/08 | CST Railway | CST Station | Yes | KEM |
| 133 | Unknown | Male | Indian | Public | 229/08 | CST Railway | [illegible] CST | | J.J |
| 134 | Mr Hiremath Malyayya Madiwalya | Male | Indian | Public | 208/08 | CST Railway | CST Station | | J.J |
| 135 | Poonam Nawadiya Bharatchand | Female | Indian | Public | 230/08 | CST Railway | [illegible] CST | Yes | J.J |
| 136 | Mr Kavar Ravi Jagan | Male | Indian | Public | 87/08 | Colaba | Taj | Yes | St George |
| 137 | Rajan Ishwar Kamble | Male | Indian | Public | 105/08 | Colaba | Taj | Yes | J.J |
| 138 | Hemant Pravin Talim | Male | Indian | Public | 108/08 | Colaba | Taj | Yes | |

## Category - FOREIGNERS

| Sr. No | Name | Sex | Nationality | Category | ADR No | Police Stn | Place of Incidence | Whether Body Claimed | Hospital |
|---|---|---|---|---|---|---|---|---|---|
| 139 | Ms Naomi Shear | Female | American | Foreigner | 56/08 | Marin Drive | Oberoi Hotel | | J.J |
| 140 | Mr Allan Michael Shear | Male | American | Foreigner | 55/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 141 | Sandeep Kishan Jeswani | Male | American | Foreigner | 68/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 142 | Mr Bread Gilbert Taylor | Male | Australian | Foreigner | 184/08 | CST Railway | [illegible] CST | Yes | J.J |
| 143 | Mr Douglas Market | Male | Australian | Foreigner | 89/08 | Colaba | Taj | Yes | J.J |
| 144 | Mr Mike Stewart Moss | Male | Canadian | Foreigner | 204/08 | CST Railway | [illegible] CST | Yes | J.J |
| 145 | Ms Elizabeth Russel | Female | Canadian | Foreigner | 206/08 | CST Railway | [illegible] CST | Yes | J.J |
| 146 | Mr Tsuda Hisasi | Male | Japanese | Foreigner | 47/08 | Marin Drive | Oberoi Hotel | Yes | J.J |
| 147 | Mr Mourad Amarsey | Male | French | Foreigner | 54/08 | Marin Drive | Oberoi Hotel | Yes | Sion |
| 148 | Ms Lubna Amarsey | Female | French | Foreigner | 58/08 | Marin Drive | Oberoi Hotel | Yes | Sion |
| 149 | Mr Jugiter Heinz Schmidt | Male | German | Foreigner | 205/08 | CST Railway | [illegible] | Yes | J.J |
| 150 | Ms Dapare Schmidt | Male | German | Foreigner | 2[illegible]3/08 | CST Railway | [illegible] | Yes | J.J |

| 151 | Mr Ralph Burkei | Male | German | Foregner | 57/08 | Gamdevi | Taj | Yes | Breach Candy 7 J J |
|---|---|---|---|---|---|---|---|---|---|
| 152 | Ms Rita Hema | Female | Malaysian | Foregner | 99/08 | Colaba | Taj | Yes | J J |
| 153 | Ms Rewaka Gadiam Holtek | Female | Israel | Foregner | 78/08 | Colaba | Nariman House | Yes | J J |
| 154 | Mr Ratal Holtek | Female | Israel | Foregner | 79/08 | Colaba | Nariman House | Yes | J J |
| 155 | Mr Yocheved Moshe Orpaz | Male | Israel | Foregner | 88/08 | Colaba | Nariman House | Yes | J J |
| 156 | Ms Norma Rabinovich | Female | Israel | Foregner | 87/08 | Colaba | Nariman House | Yes | J J |
| 157 | Mr Teitel Bum Arie | Male | Israel | Foregner | 98/08 | Colaba | Nariman House | Yes | J J |
| 158 | Mr Chyuta Benzion | Male | Israel | Foregner | 92/08 | Colaba | Nariman House | Yes | J J |
| 159 | Mr Lorenza Antnio | Male | Italian | Foregner | 82/08 | Marin Drive | Oberoi Hotel | Yes | J J |
| 160 | Mr William John Barbush | Male | Nederland | Foregner | 91/08 | Colaba | Taj | Yes | J J |
| 161 | Ms Low Hawa Yen | Female | Singopore | Foregner | 84/08 | Marin Drive | Oberoi Hotel | Claimed by [illegible] Church | J J |
| 162 | Ms Jina @ [illegible] Karman | Female | Thailand | Foregner | 73/08 | Marin Drive | Taj | Yes | J J |
| 163 | Mr Livera Andres | Male | UK | Foregner | 61/08 | Colaba | Taj | Yes | J J |
| 164 | Mr G[illegible]ness [illegible] | Male | Mauritius | Foregner | 80/08 | Colaba | Taj | Yes | J J |

Category -

| Sr. No. | Name: | Sex | Nationality | Category | ADR No | Police Stn | Place of incidence | Whether Body Clamed | Hospital |
|---|---|---|---|---|---|---|---|---|---|
| 165 | Unknown | Male | -- | | 87/08 | Colaba | Taj | | J J |
| 166 | Unknown | Male | -- | | 92/08 | Colaba | Taj | | J J |
| 167 | Unknown | Male | -- | | 93/08 | Colaba | Taj | | J J |
| 168 | Unknown | Male | -- | | 85/08 | Colaba | Nariman House | | J J |
| 169 | Unknown | Male | | | 84/08 | Colaba | Nariman House | | J J |
| 170 | Unknown | Male | -- | | 71/08 | Marin Drive | | | J J |
| 171 | Unknown | Male | -- | | 72/08 | Marin Drive | | | J J |
| 172 | Unknown | Male | -- | | 83/08 | Colaba | | | J J |
| 173 | Unknown | Male | -- | | CR 305/08 | D.B. Marg | Birgo Chowpatty | | Nair |