CJA_appointment_rev.07212015

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA,
Plaintiff,

Case Number  09cr830

v.

David Coleman Headley
Defendant.

Judge  Leinenweber

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** David Coleman Headley           **Under Seal** ☑

**Defendant Number:** _____

**Payment Category:**  Other

**Type of Person Represented:** Adult

**Representation Type:** WW

**Attorney Name:** John T. Theis

**Court Order:**    Appointing Counsel

    Prior attorney's name: _____

**Signature of Presiding Judge or by Order of the Court** _____ HARRY D. LEINENWEBER _____

**Date of Order:** _2/1/2016_  **Nunc Pro Tunc Date:** 10/1/2015 _____  **or None** ☐

## ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**          ☐ Yes                          **Under Seal** ☐

**Prior authorization shall be obtained for services in excess of $800.**

**Expected to exceed**          ☐ Yes  ☐ No

**Prior authorization approved**  ☐ Yes  ☐ No

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:**          **Nunc Pro Tunc Date:**          **or None** ☐