## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 09 CR 830 |
| V. | Hon. Harry D. Leinenweber<br>District Judge |
| ILYAS KASHMIRI ET AL | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney Sarah E. Streicker is no longer assigned to the above-captioned case and the undersigned Assistant United States Attorney is substituted in place of the previously designated attorney.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    /s/ *Ann Marie Ursini*
ANN MARIE URSINI
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Date: November 20, 2025